IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN OPEN COURT
9/01/2005
Luther D. Thomas, Clerk
By: [signature]
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INFORMATION |
| v. | : | NO. 1:05-CR-409-BBM |
| JOHN MICHAEL LEDBETTER | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 17, 2004, in the Northern District of Georgia and elsewhere, the defendant JOHN MICHAEL LEDBETTER, willfully and knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, that is, a threat to assault JJL, in violation of Title 18, United States Code, Section 875(c).

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

KIM S. DAMMERS
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6187
404-581-6181 (fax)
Georgia Bar No. 425317