# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA )
)
vs. )   CRIMINAL CASE NO. 1:05-cr-409-BBM
_John Michael Ledbetter_ )
)

FILED IN CLERK'S OFFICE
U.S.D.C.
SEP 0 1 2005
LUTHER D. THOMAS, Clerk
_____, United Deputy Clerk

## NOTICE OF SENTENCING DATE

TO: Above named Defendant

By direction of the Honorable _Beverly B. Martin_ United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on _Thursday, November 10_, 20_05_ at _11:00_ a.m. for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom _2308_, 75 Spring Street, S.W., Atlanta, Georgia, 30303 where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction.   (Room 2003 of the building.)

Luther D. Thomas, Clerk

DATE: _9/1/05_
COUNSEL: _[signature]_
RECEIVED: _John M Ledbetter_
(DEFENDANT)

BY: _Pamela Wright_
COURTROOM DEPUTY CLERK

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call the Courtroom Deputy Clerk whose name appears above.   Telephone Number _404-215-1549_.

| PLEA | ( ) | BOND | ( ) | TO COUNTS: _1_ |
| --- | --- | --- | --- | --- |
| TRIAL | ( ) | FEDERAL CUSTODY | ( ) | OF TOTAL COUNTS: _4_ |
| NOLO | ( ) | STATE CUSTODY | ( ) | ASST. U.S. ATTY. _Kim Dammers_ |
| NEGOTIATED PLEA | (X) | USM CUSTODY | (X) | |

WHITE COPY - CLERK          GOLDENROD - COUNSEL
BLUE - DEFENDANT            PINK - U.S. MARSHAL
GREEN - U.S. ATTORNEY       YELLOW - U.S. PROBATION OFFICER