FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 06 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **ORIGINAL** |
| ) PLAINTIFF, ) | |
| ) VS. ) | DOCKET NUMBER |
| ) JOHN MICHAEL LEDBETTER, ) | 1:05-CR-409-BBM |
| ) DEFENDANT. ) | ATLANTA, GEORGIA |
| ) | SEPTEMBER 1, 2005 |

TRANSCRIPT OF GUILTY PLEA PROCEEDINGS
BEFORE THE HONORABLE BEVERLY B. MARTIN,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:        WILLIAM TRAYNOR
                          UNITED STATES ATTORNEY'S OFFICE
                          ATLANTA, GEORGIA   30303

FOR THE DEFENDANT:        MILDRED DUNN
                          FEDERAL DEFENDER PROGRAM
                          ATLANTA, GEORGIA   30303

OFFICIAL COURT REPORTER:  MONTRELL VANN, CCR, RPR, RMR, CRR
                          2394 UNITED STATES COURTHOUSE
                          75 SPRING STREET, S.W.
                          ATLANTA, GEORGIA   30303
                          (404) 215-1549

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
PRODUCED WITH ASSISTANCE OF COMPUTER-AIDED TRANSCRIPTION.