UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.C. Atlanta
NOV 18 2005
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA, )
)
)
)
-VS- ) DOCKET NO. 1:05-CR-409-BBM
)
JOHN MICHAEL LEDBETTER, )
)
DEFENDANT. )

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE BEVERLY B. MARTIN
UNITED STATES DISTRICT COURT JUDGE
THURSDAY, NOVEMBER 10, 2005

APPEARANCES:

ON BEHALF OF THE GOVERNMENT:

    KIM DAMMERS, ESQ.
    ASSISTANT UNITED STATES ATTORNEY

ON BEHALF OF THE DEFENDANT:

    MILDRED G. DUNN, ESQ.

ELISE SMITH EVANS, RMR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
ATLANTA, GEORGIA