**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHN MICHAEL LEDBETTER,<br><br>          Defendant. | CIVIL ACTION FILE<br><br>NO. 1:05-CR-409-BBM |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this _____ day of May, 2006.

_____
BEVERLY B. MARTIN
United States District Judge