# CRIMINAL MINUTE SHEET

                                                            ATLANTA       DIVISION

(X) IN OPEN COURT  ( ) IN CHAMBERS   DATE: MAY 26, 2006         TIME:  30 min

HONORABLE   CHARLES A. PANNELL, JR.         MARTHA FRUTCHEY
                                            Court Reporter

        REGENA MARTIN
        Deputy Clerk

---

UNITED STATES OF AMERICA                    KIM DAMMERS
                                            Counsel


                        V.                  1:05-CR-409-CAP
                                            Case No.

JOHN MICHAEL LEDBETTER                      MILDRED DUNN
                                            Counsel


SENTENCING: RE-SENTENCING PURSUANT TO USCA MANDATE. DFT NOT PRESENT, BUT REPRESENTED THROUGH COUNSEL. CBOP 15 MOS., BEING GIVEN CREDIT FOR TIME SERVED. $100 SPECIAL ASSESSMENT. SPV'D RELEASE OF 2 YRS. NO FINE IMPOSED. APPEAL RIGHTS GIVEN DFT THROUGH COUNSEL.